IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| "KS," "LC," "DP1," and "DP2" as the  )<br>Surviving Minor Children of Daylyne  )<br>Collins, Deceased, by Their Next Friend, )<br>PARIS COLLINS, and Paris Collins as  )<br>Personal Representative of the ESTATE )<br>OF DAYLYNE COLLINS,  )<br>                                                                          )<br>                       Plaintiffs,            )<br>                                                                          )<br>             v.                                           )<br>                                                                          )<br>OFFICER K'ASIA JONES, et al.,       )<br>                                                                          )<br>                       Defendants.         )<br>_____ ) | CIVIL ACTION NO. 5:25-cv-451 (MTT) |

## ORDER

Counsel for the Defendants shall confer with the Defendants and with appropriate Georgia Department of Corrections ("GDC") staff, and no later than 30 days from the date of entry of this Required Disclosure file the following disclosures:

(1) State whether, at the time of the incident alleged in the complaint, the facility had stationary or mounted cameras in the area where that incident allegedly occurred.

(2) If so, state whether those cameras recorded the events alleged by Plaintiff, whether those recordings have been preserved, and the identity of the custodian of the recordings. If the recordings have not been preserved, explain in detail why.

(3) State whether body-worn or handheld cameras recorded the events alleged by Plaintiff, whether those recordings have been preserved, and identify the

custodian of the recordings. If the recordings have not been preserved, explain in detail why.

(4) If Plaintiff complains of a use of force (either anticipated, spontaneous, or unanticipated) as that term is defined in the GDC Standard Operating Procedure, Use of Video Recording Equipment, Policy No. 204.11 and GDC Standard Operating Procedure, Use of Force and Restraint for Offender Control, Policy No. 209.04, identify the custodian of any recordings of the events alleged. If there are no available recordings, explain in detail why the events were not recorded or, if recorded but no longer available, why the recordings were not preserved.

(5) Identify all GDC employees contacted to gather the information required by this disclosure.

Counsel is directed to preserve all recordings. Failure to do so may result in the imposition of sanctions.

**SO ORDERED**, this 2nd day of February, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
